IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAROLD DOMBROWSKI,

    Plaintiff,

v.                                                     Case No.: 3:21-cv-1199-BJD-PDB

WILSON, ET AL.,

    Defendants.
_____/

## ANSWER, DEFENSES, AND DEMAND FOR JURY TRIAL

The **Defendants**, **Wilson**, **Cobb**, and **Jelks**, hereby answer the Complaint, (ECF Doc. 1),[1] as follows:

**I.    THE PARTIES TO THE COMPLAINT**

    A.  Admitted.

    B.  Admitted as to identification only; denied as to any liability.

**II.    BASIS FOR JURISDICTION**

        A.  Admitted for jurisdictional purposes only.

        B.  Admitted for jurisdictional purposes only.

        C.  Response not required.

        D.  Denied.

---

[1] Each document filed in this case as part of the Electronic Case File will be referenced as "Doc." followed by the document number.

### III. PRISONER STATUS

Admitted.

### IV. STATEMENT OF CLAIM

A. Response not required.

B. Paragraphs #2 and #13 are admitted. As to all other paragraphs- Defendants are without knowledge or information sufficient to form a belief as to the truth of each allegation; therefore, denied.

C. Paragraphs #2 and #13 are admitted. As to all other paragraphs- Defendants are without knowledge or information sufficient to form a belief as to the truth of each allegation; therefore, denied.

D. Paragraphs #2 and #13 are admitted. As to all other paragraphs- Defendants are without knowledge or information sufficient to form a belief as to the truth of each allegation; therefore, denied.

### V. INJURIES

Denied as without knowledge.

### VI. RELIEF

Denied that Plaintiff is entitled to any relief whatsoever.

### VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Admitted that Plaintiff was confined at the time of his claim; otherwise denied.

B. Admitted.

C. Admitted.

D. Admitted.

E. Denied.

    F.   Response not required.

    G.   Response not required.

**VIII.  PREVIOUS LAWSUITS**

Denied as without knowledge.

## DEFENSES AND AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Defendants have not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

3. Defendants are entitled to Qualified Immunity for their actions relative to the incidents set forth in Plaintiff's Complaint.

4. Plaintiff has failed to state a cause of action because there is no causal connection between Plaintiff's claimed injuries and action or inaction by Defendants as required for liability under 42 U.S.C. §1983.

5. Plaintiff's request for punitive damages is barred pursuant to the Prison Litigation Reform Act (PLRA). See 18 U.S.C. §3626(a)(1)(A); 18 U.S.C. §3626(g)(7).

6. Plaintiff is barred from recovery because Plaintiff failed to mitigate and lessen damages, if any were sustained.

7. The actions taken by Defendants dealing with the incident were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions so as to warrant recovery under 42 U.S.C. § 1983.

8. Plaintiff cannot establish as a subjective matter that Defendants acted with a sufficiently culpable state of mind as required for liability under 42 U.S.C. § 1983.

## RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT

Defendants reserve the right to amend and supplement these affirmative defenses by adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

## DEMAND FOR JURY TRIAL

Defendants demand a jury trial on all issues so triable.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
1300 Riverplace Blvd. Ste. 405
Jacksonville, FL 32207
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Valerie Davis
**Valerie T. Davis**
Assistant Attorney General
Florida Bar No. 115441
Valerie.Davis@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was e-filed electronically through CM/ECF and furnished by U.S. Mail to: Harold Dombrowski, DOC# K68864, Hamilton Correctional Institution, 10650 SW 46th Street, Jasper, FL 32052, on May 26, 2023.

/s/ Valerie Davis
**Valerie T. Davis**
Assistant Attorney General
Florida Bar No. 115441
Valerie.Davis@myfloridalegal.com