PROVIDED TO HAMILTON CI
JUL 17 2023
RECEIVED BY VM FOR MAILING

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2023 JUL 19 AM 10:27
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

HAROLD DOMBROWSKI
  Plaintiff,

V.

WILSON et al,.
  Defendant,

CASE NO. 3:21-CV-1199-BJD-PDB

## Second Motion for Appointment of Counsel

Pursuant to 28 U.S.C. 1915(c)(1) Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

On December 3rd, 2021 Plaintiff filed a civil Rights complaint (Doc.1) along with the complaint a Motion to proceed In Forma Pauperis (Doc.2) and a Motion for Appointment of Counsel (Doc.3)

The court granted Plaintiff's motion to proceed In Forma Pauperis (Doc.4), however denied Plaintiff's motion for Appointment of Counsel stating he could refile if the circumstances changed (example, if case proceeds to a settlement conference or trial. (Doc.8)

On June 5, 2023 the court has ordered a case management and scheduling order. (Doc. 43)

Plaintiff's imprisonment is hindrance that is causing limitation to his ability to litigate and prepare his filings. As the court may or not beaware that this case involves medical issues that will need researching and the institution law library does not have the research material needed.

(1)

Plaintiff is currently being housed in Administrative confindment at Hamilton CI/Annex due to the facts that the defendants are employed at the institution and it Appears that a conflict has arouse between the administration and the Plaintiff's safety.

Plaintiff is inquiring further hinderance due to the facts that he is housed in Administrative confindment that may hinder his ability to meet the deadlines this court ordered in the Case management and Scheduling order.

Plaintiff would also advice that Plaintiff recieved a correspondant from Attorney James V. Cook P.O Box 10021 Tallahassee, FLORIDA 32302 Stating that he would be willing to help Plaintiff in his case if he could find someone else to help work on it.

Plaintiff is struggling at this point with Discovery and needs someone trained in Law to help get the required document that will substantiate his claims in this suit.

Plaintiff knows that this case has merit and will likely go to trial and that at trial will involve conflicting testimony and counsel would be better at presenting evidence and cross examine witnesses.

WHEREFORE, plaintiff request that the court appoint a member of the FLORIDA Bar, as counsel in this case.

Date 7/15/23

/s/ Harold Dombrowski

Harold Dombrowski
DC#K68864
Hamilton CI /Annex
11419 SW County rd #249
Jasper, FLORIDA 32052

## Certificate of Service

I CERTIFY that this motion OF APPOINTMENT OF counsel was placed in Prison OFFICIAL hands for mailing to the following address: U.S. Courthouse 300 Hogan st. Ste 9-150, Jacksonville FLORIDA 32201 on this 15 day of July 2023

/s/ Harold Dombrowski

Harold Dombrowski
DC#K68864
Hamilton CI /Annex
11419 SW County rd #249
Jasper FLORIDA 32052

(3)