**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HAROLD DOMBROWSKI,

    Plaintiff,

vs.                                                          Case No. 3:21-cv-1199-BJD-PDB

WILSON, et al.,

    Defendants.

**JOINT NOTICE ON STATUS OF DISCOVERY**

NOTICE IS HEREBY GIVEN by Plaintiff and Defendants Cobbs,[1] Jelks, and Wilson, on the status of discovery disputes raised in Plaintiff's Motion to Compel.

Plaintiff promulgated discovery requests as follows:

| Round | Served | Due | Response | Produced |
|-------|--------|-----|----------|----------|
| Round 1 | 06/19/23 | 07/19/23 | | |
| Round 2 | 08/28/23 | 09/27/23 RFA<br>09/27/23 ROG<br>09/27/23 RFP | 09/27/23 RFA[2]<br>10/18/23 ROG[3]<br>10/19/23 RFP | |
| Round 3 | 10/20/23 | 11/20/23 | 12/14/23 ROG[4] | |
| Round 4 | 12/08/23 | 01/08/23 | Not yet due | |

Counsel for Defendants Cobbs, Jelks, and Wilson, has had difficulty communicating with her clients through e-mail and phone. She has now made contact with Cobbs and Wilson and will send verified versions of their latest responses. She has not been able to communicate with Defendant Jelks but hopes to reach her next week. Counsel's e-mail conveying responses to Round 3, sent on

---

[1] Defendant Cobb's name appears in personnel records as "Cobb" and "Cobbs" and documents have been signed both ways." Her Social Security Card and Florida Drivers' License show "Cobb."
[2] Defendant Wilson's Second RFA responses were served on 12/14/23.
[3] Unverified as to Defendants Cobbs and Jelks
[4] Unverified responses by Defendants Cobbs and Wilson. No responses as of yet by Jelks.

Thursday, December 14, 2023, also included more complete answers to several Interrogatories from Wilson and Cobbs, which appear to be more helpful, but counsel for Plaintiff has not been able to fully evaluate them as of yet. Plaintiff has not yet received Responses to Requests for Admissions from Defendant Cobbs, and defense counsel has requested an extension through December 22, 2023.[5] Plaintiff has not received any records in response to production requests from Defendants Cobbs, Jelks, or Wilson as of this date.

Counsel for the Defendants continues to make repeated efforts by e-mail, phone, and U.S. Mail to obtain responses from her clients. The Parties request to be allowed to make a fuller joint report by December 22, 2023.

Respectfully submitted,

*/s/ Valerie Davis*
VALERIE DAVIS (FBN 115441)
Senior Assistant Attorney General
Office of the Attorney General -
Corrections Litigation Bureau
1300 Riverplace Blvd. Suite 405
Jacksonville, FL 32207
Tel.: 904-456-6484
valerie.davis@myfloridalegal.com

*Attorney for Defendants*

*/s/ James V. Cook*
JAMES V. COOK (FBN 0966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*Attorney for Plaintiff*

I CERTIFY the foregoing was filed electronically on 12/15/2023, serving counsel of record registered to be notified by the CM/ECF electronic filing system.

*/s/James V. Cook*

---

[5] Plaintiff does not agree to an extension. To the extent that Defendants' discovery responses are currently untimely, they should remain so. Plaintiff does not agree to deem them timely by this means.