UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAROLD DOMBROWSKI,

    Plaintiff,

v.                                                       Case No. 3:21-cv-1199-BJD-PDB

WILSON, et al.,

    Defendants.
_____

## ORDER

The Court **grants** the parties' motion for an extension of the discovery-related matters and dispositive motions deadlines, Doc. 76, to the extent depositions may be taken out of time and these deadlines apply:

| Event | Deadline |
|---|---:|
| File any dispositive motion, including a motion raising qualified immunity | At the latest by **May 31, 2024** |
| File a response to any dispositive motion | At the latest by **July 15, 2024** |

**Ordered** in Jacksonville, Florida, on March 29, 2024.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

caw 3/29
c:
Counsel of Record