United States District Court
Middle District of Florida
Jacksonville Division

**HAROLD DOMBROWSKI,**

    *Plaintiff,*

v.                                           NO. 3:21-cv-1199-WWB-PDB

**WILSON ET AL.,**

    *Defendants.*

## Order

The plaintiff's renewed motion to compel and for sanctions as to defendants Cobb, Jelks, and Wilson, Doc. 83, is **granted in part** to the extent that, by **July 19, 2024**, defendants Cobb, Jelks, and Wilson must provide the plaintiff the discovery discussed on the record at yesterday's hearing. Also by **July 19, 2024**, counsel for defendants Cobb, Jelks, and Wilson must file a notice generally describing the discovery produced by or on behalf of each defendant. If the plaintiff's counsel disagrees with the defendants' notice, he may file a response within **14 days** of the defendants' notice. The request for sanctions remains under advisement.

Considering the continued provision of discovery and settlement discussions, the Court extends the deadline for the plaintiff to respond to the defendants' motions for summary judgment, Docs. 87, 88, and for defendants Fongeallaz, Lee, and Selph to respond to the plaintiff's *Daubert* motion, Doc. 90, to **August 2, 2024**.

The parties are encouraged to continue their settlement discussions.

**Ordered** in Jacksonville, Florida, on July 3, 2024.

PATRICIA D. BARKSDALE
United States Magistrate Judge

Jax-6 7/2

c:    Counsel of Record