107919-5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:21-cv-01199-BJD-PDB

HAROLD DOMBROWSKI,

    Plaintiff,

vs.

WILSON et. al.,

    Defendants.

_____/

## DEFENDANTS FONGEALLAZ, LEE, AND SELPH'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Fongeallaz, Lee, and Selph, pursuant to Local Rule 3.01(i), file this notice of supplemental authority in further support of their Motion for Summary Judgment (Doc. 88).

The supplemental authority is *Wade v. McDade*, 21-14275, 2024 WL 3354963, at *7 (11th Cir. July 10, 2024). The authority supplements the analysis of the legal standard for deliberate indifference in these defendants' motion for summary judgment, Doc. 88, pp. 12-13. The Eleventh Circuit held that the standard for establishing liability on an Eighth Amendment deliberate indifference claim is:

> 1. First, of course, the plaintiff must demonstrate, as a threshold matter, that he suffered a deprivation that was, objectively, sufficiently serious.

CASE NO. 3:21-cv-01199-BJD-PDB

2. Second, the plaintiff must demonstrate that the defendant acted with subjective recklessness as used in the criminal law, and to do so he must show that the defendant was actually, subjectively aware that his own conduct caused a substantial risk of serious harm to the plaintiff—with the caveat, again, that even if the defendant actually knew of a substantial risk to inmate health or safety, he cannot be found liable under the Cruel and Unusual Punishments Clause if he responded reasonably to the risk.

*Wade v. McDade*, 21-14275, 2024 WL 3354963, at *7 (11th Cir. July 10, 2024) (quote marks and citations omitted).

Dated:   7/17/2024        Respectfully submitted,

*/s/ Peter Bartoszek*
Peter Bartoszek (1015519)
PBartoszek@wickersmith.com
WICKER SMITH O'HARA
  McCOY & FORD, P.A.
390 N. Orange Ave., Suite 1000
Orlando, FL 32801
Telephone:  (407) 843-3939
Facsimile:  (407) 649-8118
*Attorneys for Kristen L. Fongeallaz, LPN, Justin C. Selph, RN, Ira Lee, APRN*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on July 17, 2024, and the foregoing document is being served this day on all counsel of record.

*/s/ Peter Bartoszek*
Peter Bartoszek