# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

HAROLD DOMBROWSKI,

     Plaintiff,

v.                             Case No. 3:21-cv-1199-WWB-PDB

CHATARA WILSON, et al.,

     Defendants.

_____/

## <u>NOTICE ON STATUS OF DISCOVERY RESPONSES</u>

Defendants, Selena Cobbs, Quashonia Jelks, and Chatara Wilson, by and through undersigned counsel, pursuant to the Court's July 03, 2024, Order (Doc 93), provide this notice as to the discovery provided:

1.  June 19, 2023, discovery request responses were previously sent to Plaintiff when Plaintiff was pro-se a copy of the documents was sent to plaintiff's counsel.

2. August 28, 2023, discovery responses have been amended responded to, and provide to Plaintiff on July 19, 2024, and on July 01, 2024, in addition to what had been previously provided by the former attorney. As to all three defendants, all requests for admissions were given a response. All Interrogatories have been verified. The requests for

production have been responded to, all objections removed and responses provided as to each, no privileges were claimed.

3.  As to October 20, 2023, discovery responses have been provided for the requests for production for all defendants.  Verified responses to interrogatories provided by Cobbs and Jelks and Requests for admissions provided by all defendants.

4. Finally, as to December 08, 2023, discovery requests these had all been previously provided.

5. The October 28, 2023, discovery response asks for all emails that contain the names "Dombrowski" or "K68864," to or from the defendants.  Each defendant indicated that they have no such emails, however, a search is being conducted by the IT department.  The request has been sent but there has been no response indicating whether there are emails or not, the issue has been escalated but we are still awaiting a response.  A supplemental notice will be provided with that response.

6. A response came in about the process that the servers conducting the search are tied up due to the number of searches, but I will be updated again as to the progress.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

*/s/ Broderick Taylor*
**Broderick Taylor, Esq.**
Senior Assistant Attorney General
Florida Bar No.: 648574
Office of the Attorney General
1300 Riverplace Blvd. Ste. 405
Jacksonville, Florida 32207
Tel: 904-456-6471
Broderick.Taylor@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was furnished by electronic transmission to counsel of record, James Cook (Plaintiff) and Peter Bartoszek (Co-Defendants) on July 19, 2024.

*/s/ Broderick Taylor*
**Broderick Taylor, Esq.**
Senior Assistant Attorney General